**Sonya M. ATKINS, Plaintiff–Appellant,**

v.

**Barack OBAMA, President, Defendant–Appellee.**

No. 16-1418

United States Court of Appeals, Fourth Circuit.

Submitted: August 18, 2016

Decided: August 22, 2016

Sonya M. Atkins, Appellant Pro Se.

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonya M. Atkins appeals the district court's order summarily dismissing her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal. 28 U.S.C. § 1915(e)(2)(B) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED